HON. MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KEVIN MACHO

        Plaintiff,

  v.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA, an insurance carrier doing business in the State of Washington,

        Defendant.

No. 3:17-cv-05562 MJP

PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

  The Plaintiff moves the Court for leave to amend the Complaint in this case. Previously, the Plaintiff alleged certain acts of bad faith. Since then, the parties have made initial disclosures, and the underlying lawsuit has proceeded. As time has passed, more instances of bad faith have occurred. Accordingly, the Complaint should be amended to include these allegations.

  For clarity, the amendments are provided immediately below. The paragraph numbers are those used in the native document, for reference.

*55. This includes refusal of any "impasse payments" that were requested by the Plaintiff.*
56. *On June 12, 2017, Plaintiff requested that Defendant pay any money that the Defendant agreed it owes the Plaintiff. While the parties disagreed on some aspects of the claim, they agreed on others. The Plaintiff asked the Defendant to pay these agreed-upon damages.*
57. *The Defendant refused, stating, "We are not away of any law that states we must pay benefits before a settlement is reached…"*

Page 1 of PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Suite 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012

*58. The Plaintiff then moved for summary judgment on the damages that the Defendant agreed it are damages caused by both underinsured motorists.*

*59. In response, the Defendant agreed that $46,105.58 was caused by both underinsured motorists. It did not oppose the motion.*

*60. Yet, when asked to pay this amount – now reduced to judgment – the Defendant said no.*

*...*

*83. The Defendant has made unreasonably low settlement offers, hoping to force the Plaintiff into accepting an offer that is much lower than the real value of the claim.*

DATED this 19th day of October, 2017.

CARON, COLVEN, ROBISON & SHAFTON, P.S.
Of Attorneys for Plaintiff


_____/s/ Thomas Hojem_____
THOMAS HOJEM, WSB #45344

Page 2 of PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

CARON, COLVEN, ROBISON & SHAFTON, P.S.
900 Washington Street, Suite 1000
Vancouver, Washington 98660
(360) 699-3001
Portland: (503) 222-0275
Fax (360) 699-3012