UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN MACHO,<br><br>               Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | CASE NO. C17-5562 MJP<br><br>ORDER STAYING PENDING MOTION TO DISMISS |

       On October 17, 2017, Defendant filed a Motion for Dismissal under FRCP 12(b)(6). (Dkt. No. 15.) Two days later, Plaintiff filed a Motion to Amend the Complaint. (Dkt. No. 16.)

       Plaintiff has now filed a motion to stay Defendant's motion to dismiss until a ruling on his motion to amend the complaint. Defendant has indicated no objection to the motion to stay. Accordingly,

       IT IS ORDERED that Defendant's Motion for Dismissal under FRCP 12(b)(6) is STAYED pending a ruling on Plaintiff's Motion to Amend the Complaint. Defendant is requested to re-note the motion (if desired) following a ruling on the motion to amend.

The clerk is ordered to provide copies of this order to all counsel.

Dated: October 26, 2017.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge